# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Jimmy Lee Cool

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:17-mj-130

J. Thomas Amburgey
Defendant's Attorney

**THE DEFENDANT:**

☒ Pleaded guilty to offenses of Removing of Ginseng without a special permit and Possession of drug paraphernalia.

| Title and Section | Nature of Offense | Date of Offense |
|---|---|---|
| 36 CFR 261.6H | Removing Ginseng without a special use permit | 07/26/2015 |
| 18 USC 13 NCGS 90-113.22 | Possession of drug paraphernalia | 07/26/2015 |

☒ Offense Possession of marijuana dismissed on the motion of the United States.

**IMPOSITION OF SENTENCE:**
That the defendant be imprisoned for 7 DAYS with credit for time served.
All monies STRICKEN

Date of Imposition of Sentence: 11/15/2017

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal